UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
Grand Jury N-16-1

FILED

2016 DEC 20  PM 2 01

U.S. DISTRICT COURT
NEW HAVEN, CT.

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 3:16CR 232(JCH) |
| | : |
| | : VIOLATIONS: |
| v. | : |
| | : 18 U.S.C. Section 1349 (Conspiracy) |
| ADEYEMI ODUFUYE, aka "Micky," | : 18 U.S.C. Section 1343 (Wire Fraud) |
| "Micky Bricks," "Yemi," "GMB," | : 18 U.S.C. Section 1028A (Aggravated |
| "Bawz," and "Jefe," and | :     Identity Theft) |
| | : 18 U.S.C. Section 2 (Aiding and Abetting) |
| STANLEY HUGOCHUKWU | : |
| NWOKE, aka "Stanley Banks," | : |
| "Banks," "Hugo Banks," "Banky," | : |
| and "Jose Calderon." | : |

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
(Conspiracy — Odufuye and Nwoke)

1.     At all relevant times, defendant Adeyemi ODUFUYE, also known as "Micky," "Micky Bricks," "Yemi," "GMB," "Bawz," and "Jefe" ("ODUFUYE"), resided in Sheffield, United Kingdom. He is a Nigerian national and was a student at Sheffield Hallam University.

2.     At all relevant times, defendant Stanley Hugochukwu NWOKE, also known as "Stanley Banks," "Banks," "Hugo Banks," "Banky," and "Jose Calderon" ("NWOKE"), resided in Nigeria.  He is a Nigerian national and was a student at Aptech Computer Education in Lagos, Nigeria.

3.     Victim 1 was a company headquartered in Austria and with an office in

1

Torrington, Connecticut.  Individuals with initials D.N. and M.W. both worked for Victim 1.

4.    Victim 2 was a company formerly headquartered in Waterbury, Connecticut, and now in Cheshire, Connecticut.  An individual with initials R.D. worked for Victim 2.

5.    Beginning on approximately July 19, 2015, and continuing until at least June 24, 2016, the precise dates being unknown to the Grand Jury, in the District of Connecticut and elsewhere, defendants ODUFUYE, NWOKE, and others did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree with each other and others, both known and unknown to the Grand Jury, to commit an offense against the United States, that is, to devise and to intend to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme and artifice, to knowingly transmit and cause to be transmitted, by means of wire communications in interstate and foreign commerce, writings, signs, signals, pictures, and sounds, in violation of Title 18, United States Code, Section 1343.

Purpose of the Conspiracy

6.    A purpose of the conspiracy was for ODUFUYE, NWOKE, and their co-conspirators to identify and target corporate and organizational victims and their employees, as well as individuals, through false and fraudulent electronic

2

communications to obtain money and property, and to conceal the conspiracy from others.

Manner and Means of the Conspiracy

The manner and means by which ODUFUYE, NWOKE, and others sought to accomplish and did accomplish the object of the conspiracy included, among others, the following:

7.    It was part of the conspiracy that ODUFUYE, NWOKE, and others would and did obtain information pertaining to potential corporate and organizational victims including, among other information, lists of CEOs, CFOs, controllers, and other employees from the victim companies and organizations.

8.    It was further part of the conspiracy that ODUFUYE, NWOKE, and others would and did register, obtain, and control internet domains and e-mail accounts, often under a stolen identity or a fictitious name, to facilitate the fraudulent scheme.

9.    It was further part of the conspiracy that ODUFUYE and NWOKE would and did communicate with each other and with others by e-mail, chats, and social media, concerning the logistics of and developments in the scheme to defraud.

10.    It was further part of the conspiracy that ODUFUYE and NWOKE would and did share login and password credentials to e-mail accounts with each other and with others.

11.     It was further part of the conspiracy that ODUFUYE, NWOKE, and others would and did obtain and distribute among themselves account information, including recipient name, recipient address, bank address, account number, and routing number, for various bank accounts in the United States and abroad that ODUFUYE and NWOKE used to facilitate the scheme to defraud.

12.     It was further part of the conspiracy that ODUFUYE and others would and did send e-mails to potential victims in which they assumed the identity of someone known to the intended recipient with the intention of deceiving the recipient into believing that the recipient was communicating with the individual he or she knew.

13.     It was further part of the conspiracy that ODUFUYE and others, while assuming the identity of others, would and did instruct the recipients of the fraudulent e-mails to transfer money to bank accounts as instructed by ODUFUYE and his co-conspirators.

14.     It was further part of the conspiracy that ODUFUYE and others would and did transmit, transfer, and disseminate among each other information pertaining to the fraudulently induced money transfers, including wire releases and wire confirmations.

15.     It was further part of the conspiracy that ODUFUYE and others would and did send e-mails and attachments containing malware to the intended recipients

with the intention that the recipients would open or download the malware unwittingly.

16.     It was further part of the conspiracy that ODUFUYE and others would and did control and utilize the installed malware to obtain information from the victim, including but not limited to screenshots of the victim's computer desktop and keylog information.

17.     It was further part of the conspiracy that ODUFUYE, NWOKE, and others would and did use false names and identities on domain registrations, e-mail accounts, and bank accounts to disguise and obscure their true identities and locations.

18.     It was further part of the conspiracy that ODUFUYE and others would and did disseminate and further transfer the funds that had been fraudulently obtained from the victims to others.

19.     It was further part of the conspiracy that ODUFUYE and others would and did engage in the fraudulent scheme to enrich themselves and their co-conspirators.

All in violation of Title 18, United States Code, Section 1349.

## COUNTS TWO THROUGH SIX
(Wire Fraud — Odufuye and Nwoke)

20.     The allegations in paragraphs 1 through 4, and 6 through 19 of this Indictment are realleged and incorporated by reference as though set out in full in each of these counts.

21.     Beginning on approximately July 19, 2015, and continuing until at least June 24, 2016, the precise dates being unknown to the Grand Jury, in the District of Connecticut and elsewhere, ODUFUYE and NWOKE willfully, knowingly, and with intent to defraud, devised and intended to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and for the purposes of executing such scheme and artifice, did knowingly transmit, and cause to be transmitted, by means of wire communication in interstate and foreign commerce, writings, signs, signals, and sounds.

22.     On or about the dates set forth for each count below, the precise dates being unknown to the Grand Jury, in the District of Connecticut and elsewhere, for the purpose of executing and attempting to execute the aforementioned scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises as described above, the defendant(s) indicated below for each count did knowingly transmit, and cause to be transmitted, by means of wire communication in interstate and foreign commerce,

certain writings, signs, signals and sounds, each item transmitted and caused to be

transmitted constituting a separate count of this Indictment:

| Count | Defendant(s) | Date | Description |
|---|---|---|---|
| 2 | ODUFUYE NWOKE | 11/2/2015 | E-mail from halloween@veteranboats.org to the e-mail address in Connecticut used by D.N. at Victim 1 with Subject: "Treat this morning" |
| 3 | ODUFUYE NWOKE | 11/2/2015 | E-mail from halloween@veteranboats.org to the e-mail address in Connecticut used by R.D. at Victim 2 with Subject: "Treat this morning" |
| 4 | ODUFUYE NWOKE | 11/12/2015 | Wire transfer in the amount of $221,430 from Victim 1's account ending in 0735 at Webster Bank in Connecticut to HK Y-Find's account ending in 2838 at HSBC in Hong Kong |
| 5 | ODUFUYE NWOKE | 11/18/2015 | E-mail from woodgate@messidepot.com to the e-mail address in Connecticut used by D.N. at Victim 1 requesting wire transfers to Technix Trade SP and Weequahic Group Inc. |
| 6 | ODUFUYE NWOKE | 6/21/2016 | E-mail from sonia@secondtow.info to the e-mail address in Connecticut used by R.D. at Victim 2 with Subject: "PMT – Distribution" |

Each in violation of Title 18, United States Code, Sections 1343 and 2.

## COUNT SEVEN
(Aggravated Identity Theft – Odufuye)

23.    The allegations in paragraphs 1 through 4, and 6 through 22 of this Indictment are realleged and incorporated by reference as though set out in full in this count.

24.    On or about November 2, 2015, in the District of Connecticut, ODUFUYE, during and in relation to felony violations enumerated in Title 18, United States Code, Section 1028A(c), to wit, conspiracy as alleged in Count One and wire fraud as alleged in Counts Two through Six of this Indictment, knowingly transferred, possessed, and used, and caused to be transferred, possessed, and used, without lawful authority, a means of identification of another actual person, to wit, the name and business e-mail address of M.W. at Victim 1.

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

A TRUE BILL

/ s /

FOREPERSON

UNITED STATES OF AMERICA

DEIRDRE M. DALY
UNITED STATES ATTORNEY

DAVID T. HUANG
ASSISTANT UNITED STATES ATTORNEY