Criminal Std (6/13/2012)

HONORABLE: **Janet C. Hall**
DEPUTY CLERK **Diahann Lewis**   RPTR/ECRO/TAPE **Terri Fidanza**
USPO _____   INTERPRETER _____

TOTAL TIME: ____ hours **25** minutes
DATE: **8/1/2018**   START TIME: **3:30**   END TIME: **3:55**

## COURTROOM MINUTES

- ☐ IA-INITIAL APPEAR
- ☐ IA- RULE 5
- ☐ ARRAIGNMENT
- ☐ CONFLICT HRG
- ☐ BOND HRG
- ☐ DETENTION HRG
- ☐ PROBABLE CAUSE
- ☐ EVIDENTIARY HRG
- ☐ CHANGE OF PLEA
- ☐ WAIVER/PLEA HRG
- ☐ EXTRADITION HRG
- ☒ STATUS CONF
- ☐ IN CAMERA HRG
- ☐ COMPETENCY HRG
- ☐ FORFEITURE
- ☐ MOTION HRG

CRIMINAL NO. **3:16cr232 (JCH)**   DEFT # ____

**David Huang**
AUSA

UNITED STATES OF AMERICA
vs
**Stanley Nwoke**

**J. Patton Brown**
Counsel for Defendant Ret ☐  CJA ☒  PDA ☐

---

- ☐ ....... Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
- ☐ ...... ☐ Arrest Date (CT Case): _____ ☐ Case unsealed or ☐ Rule 5 arrest, _____ Dist of _____
- ☐ ...... CJA 23 Financial Affidavit filed ☐ under seal
- ☐ ...... Order Appointing Federal Public Defender's Office filed
- ☐ ...... Court appoints Attorney _____ to represent defendant for ☐ this proceeding only ☐ all proceedings
- ☐ ...... Appearance of _____ filed
- ☐ ...... ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of _____ filed
- ☐ ...... ☐ Information/Misdemeanor filed ☐ Sealed Information filed
- ☐ ...... ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
- ☐ ...... ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
- ☐ ...... Plea Agreement Ltr filed ☐ under seal ☐ to be e-filed
- ☐ ...... Plea of ☐ not guilty ☐ guilty ☐ nolo contendere to count(s) _____ of the _____ (indict, superseding indict, info)
- ☐ ...... Petition to Enter Guilty Plea filed
- ☐ ...... Defendant motions due _____ ; Government responses due _____
- ☐ ...... Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
- ☐ ....... Hearing on Pending Motions scheduled for _____ at _____
- ☒ ...... Jury Selection set for **2/4/2019** at **9:00**
- ☐ ...... Remaining Count(s) to be dismissed at sentencing
- ☐ ...... Sentencing set for _____ at _____ ☐ Probation 246B Order for PSI & Report
- ☐ ...... Special Assessment of $____ on count(s)____. Total $____ ☐ Due immediately ☐ Pay at sentencing
- ☐ ...... Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Order of Detention filed
- ☐ ...... Deft ordered removed/committed to originating /another District of _____
- ☐ ...... No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
- ☐ ...... Waiver of Rule 5 Hearing filed
- ☐ ...... Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Bond ☐ set at $____ ☐ reduced to $____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance
- ☐ ...... Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
- ☒ ...... Defendant detained
- ☐ ...... _____ Hearing ☐ waived ☐ set for _____ ☐ continued until _____
- ☐ ...... Set Attorney Flag and notify Federal Grievance Clerk

☒ SEE page II for   ☐ conditions of bond   ☒ additional proceedings

CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____
upon obtaining permission from USPO.  A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____ ; ☐ Must not apply for a passport.

☐ ....... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ..... as set forth in the Order Setting Conditions of Release

☐ ....... _____

ADDITIONAL PROCEEDINGS

☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Govt Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Govt Motion _____ ☐ granted ☐ denied ☐ advisement
☒ ..... Authorization for computer/social media expert is granted. ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... Speedy Trial Act findings made on the record. ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement

Notes:
Speedy Trial Act findings made on the record as to Stanley Nwoke. The court finds that a continuance is in the best interest of the defendant and outweighs the public interest in a speedy trial, the court finds that the time period of delay from 8/1/2018 to and including 2/4/2019 is hereby excluded pursuant to Title 18, U.S.C. 3161(h)(7). Jury Selection is scheduled for 2/4/2019, with evidence to begin 2/5/2019.